UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TALISA HOOPER TURNER,

    Plaintiff,

    v.

RICK HILL,

    Defendant.

Case No. 14-cv-00937-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Turner alleges claims against her jailors at Folsom Women's Facility, which lies in Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 13, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALISA HOOPER TURNER,<br><br>        Plaintiff,<br><br>v.<br><br>RICK HILL,<br><br>        Defendant. | Case Number: CV14-00937 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Talisa Hooper Turner WE 7323
Folsom State Prison Bldg/Bed 1-A2-235
PO Box 1790
Folsom, CA 95763

Dated: May 13, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jean Davis, Deputy Clerk